UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHEY DAVIS,

    Plaintiff,

v.

DELTA COLLEGE and
JEAN GOODNOW, Retired President of
Delta College, in her individual capacity,

    Defendants.

USDC Case No. 22-12319

Saginaw County Circuit Court
Case No. 22-47873-CZ

Hon. Thomas L. Ludington

---

PINSKY SMITH, PC
Sarah Riley Howard
Attorneys for Plaintiff
146 Monroe Center, NW, Suite 418
Grand Rapids, MI  49503
(616) 451-8496
showard@psfklaw.com

THRUN LAW FIRM, PC
Roy H. Henley
Attorneys for Defendant Delta College
P.O. Box 2575
East Lansing, MI  48826
(517) 374-8864
RHenley@ThrunLaw.com

KELLER THOMA, PC
Gouri G. Sashital
Attorneys for Defendant Jean Goodnow
26555 Evergreen Road, Suite 550
Southfield, MI  48076
(313) 965-8936
gsr@kellerthoma.com

---

**STIPULATION AND PROPOSED ORDER TO VOLUNTARILY DISMISS PLAINTIFF'S COUNT II - SEX DISCRIMINATION CLAIM**

The parties, by their respective counsel, hereby stipulate that Plaintiff may voluntarily dismiss Count II of her Complaint, alleging Defendants' violation of ELCRA - sex discrimination, pursuant to Federal Rule of Civil Procedure 41. Accordingly:

**IT IS THEREFORE STIPULATED BY THE PARTIES** that Plaintiff's Count II of her Complaint is hereby dismissed with prejudice and without costs or fees to any party. Plaintiff's Counts I and III remain.

        Respectfully submitted,

        PINSKY SMITH, P.C.

        By:    /s/ Sarah R. Howard
                Sarah Riley Howard
                Attorneys for Plaintiff
                146 Monroe Center NW #418
                Grand Rapids, MI 49503
                showard@pinskysmith.com

        THRUN LAW FIRM, PC

        By:    /s/ Roy Henley by SRH w/ permission
                Roy H. Henley
                Attorneys for Def. Delta College
                P.O. Box 2575
                East Lansing, MI 48826
                (517) 374-8864
                RHenley@ThrunLaw.com

        KELLER THOMA, P.C.

        By:    /s/ Gouri G. Sashital by SRH w/ permission
                Gouri G. Sashital
                Attorneys for Defendant Goodnow
                26555 Evergreen Road, Suite 550
                Southfield, MI 48076
                (313) 965-8936
                gsr@kellerthoma.com

Dated:  August 25, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHEY DAVIS,

    Plaintiff,

v.

DELTA COLLEGE and JEAN GOODNOW,

    Defendants.
_____/

Case No. 1:22-cv-12319

Honorable Thomas L. Ludington
United States District Judge

**ORDER DISMISSING WITH PREJUDICE COUNT II OF PLAINTIFF'S COMPLAINT**

This matter having come before this Court on the attached Stipulation of the Parties, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that Count II of Plaintiff's Complaint, ECF No. 1 at PageID.14–15, is voluntarily **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**This is not a final order and does not close the above-captioned case.**

Dated: August 28, 2023

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge