UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHEY DAVIS,

      Plaintiff,                                      Case No. 1:22-cv-12319

v.                                                Honorable Thomas L. Ludington
                                                     United States District Judge

DELTA COLLEGE and JEAN GOODNOW,

      Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ADJOURN
RESPONSE DEADLINE AND EXCEED PAGE LIMIT**

In August 2022, Plaintiff Chey Davis sued Defendants Delta College and Jean Goodnow alleging deprivations of her First Amendment rights under 42 U.S.C. § 1983 and violations of Michigan's Elliott-Larsen Civil Rights Act, Mich. Comp. L. § 37.2101, *et seq.* ECF No. 1 at PageID.6–18. The next month, both Defendants removed the case to this Court. ECF No. 1 at PageID.1–5.

On August 25, 2023, Defendant Goodnow filed a Motion for Summary Judgment. ECF No. 17. Three days later, Defendant Delta College filed its Motion for Summary Judgment. ECF No. 21. On September 14, 2023, Plaintiff filed an unopposed motion seeking a three-day adjournment of her deadline to respond to Goodnow's Motion so she could file one "combined response brief" addressing both Defendant's Motions. ECF No. 23 at PageID.884. Additionally, Plaintiff seeks permission to exceed the briefing page limit by five pages since her single brief will address two motions. *Id.* For good cause, both of Plaintiff's requests will be granted. *See* FED. R. CIV. P. 6(b)(1)(A).

- 2 -

Accordingly, it is **ORDERED** that Plaintiff's Unopposed Motion to Adjourn Response Deadline and to Exceed Page Limit, ECF No. 23, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff is **DIRECTED** to file her Combined Response to Defendant's Motions for Summary Judgment **on or before September 18, 2023**.

Further, it is **ORDERED** that Plaintiff's forthcoming Combined Response shall not exceed **30 pages.**

**This is not a final order and does not close the above-captioned case.**

Dated: September 15, 2023                s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge