UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHEY DAVIS,

        Plaintiff,                      Case No. 1:22-cv-12319

v.                                         Honorable Thomas L. Ludington
                                              United States District Judge
DELTA COLLEGE and JEAN GOODNOW,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendant Goodnow's Motion for Summary Judgment, ECF No. 17, is **GRANTED**.

Further, it is **ORDERED** that Defendant Delta College's Motion for Summary Judgment, ECF No. 21, is **GRANTED**.

Further, it is **ORDERED** that the above captioned case is **DISMISSED**.

**This is a final order and closes the above-captioned case**.


Dated: February 2, 2024                                s/Thomas L. Ludington
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge