UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

CHEY DAVIS,

    Plaintiff,

v.

DELTA COLLEGE and
JEAN GOODNOW, Retired President of
Delta College, in her individual capacity,

    Defendants.

Case No. 1:22-CV-12319

Hon. Thomas L. Ludington

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Chey Davis appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Order entered in this action on February 2, 2024.

    PINSKY SMITH, PC
    Attorneys for Plaintiff

Dated: February 2, 2024    By:  /s/ Sarah R. Howard
    Sarah Riley Howard
    Elizabeth L. Geary
*Counsel is retained*    146 Monroe Center St NW, Suite 418
    Grand Rapids, MI 49503
    (616) 451-8496
    showard@pinskysmith.com