UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Chey Davis,

                Plaintiff(s),

v.                                        Case No. 1:22−cv−12319−TLL−PTM
                                             Hon. Thomas L. Ludington

Delta College, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on February 5, 2024.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: s/ D. Allen
                                                      Deputy Clerk

Dated:   February 5, 2024